UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LARRY SMITH, | ) | No. CV 14-05308-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED:  May 28, 2015

_____/s/_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE