1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Larry Smith

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LARRY SMITH,                          ) Case No.: 2:14-cv-05308-DTB
                                         )
12         Plaintiff,                    ) {PROPOSED} ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                               ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting             )
   Commissioner of Social Security,      )
15                                       )
           Defendant                     )
16 _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:   September 16, 2015

23                                      _____
24                                      THE HONORABLE DAVID T. BRISTOW
                                        UNITED STATES MAGISTRATE JUDGE
25

26